952

No. 796. LOYAL PROTECTIVE LIFE INSURANCE Co. *v.* MONARCH LIFE INSURANCE Co. C. A. 2d Cir. Certiorari denied. *Donald M. Dunn* and *Eugene Z. DuBose* for petitioner. *Herbert Brownell* for respondent. � 

No. 805. AKSHUN MANUFACTURING Co. ET AL. *v.* NORTH STAR ICE EQUIPMENT Co. C. A. 7th Cir. Certiorari denied. *William VanDercreek* for petitioners. *John Rex Allen* for respondent. ▀

No. 809. PETRUSHANSKY, ALIAS GREEN, *v.* MARASCO, U. S. MARSHAL. C. A. 2d Cir. Certiorari denied. *Edwin Gold* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for respondent. ▀

No. 810. SELIGSOHN *v.* PHILADELPHIA PARKING AUTHORITY ET AL. Supreme Court of Pennsylvania. Certiorari denied. *David Berger* for petitioner. *Harry Shapiro, Samuel D. Goodis* and *John R. McConnell* for respondents. ▀

No. 814. AMERICAN EXPORT LINES, INC., ET AL. *v.* PROVENZA. C. A. 4th Cir. Certiorari denied. *William A. Grimes* and *Richard W. Case* for petitioners. *John J. O'Connor, Jr.* for respondent. ▀

No. 820. SICA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.